UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 17-08513 |
| MICHELLE S. HUNT, ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Carol A. Doyle | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

### ORDER ALLOWING DEBTOR TO INCUR DEBT

THIS MATTER coming to be heard on the motion of the Debtor,

It is hereby ORDERED: the motion is granted. The Debtor is permitted to obtain financing for a vehicle in the amount of up to $15,100.00, with financing of up to 17.99% interest and with monthly payments of up to $343.00 for a 2017 Kia Forte or similar vehicle.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: October 27, 2020

**Prepared by:**

Jeffrey A. Soufal, ARDC# 6227155
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100